**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ronald Ginet |
| Debtor 2 (Spouse, if filing) | Bobbi Ginet |
| United States Bankruptcy Court for the: | Northern District of Mississippi (State) |
| Case number | 17-12339-JDW |

Official Form 410S1

# Notice of Mortgage Payment Change                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association

**Last four digits** of any number you use to identify the debtor's account: 2720

**Court claim no.** (if known): 5-1

**Date of payment change:** Must be at least 21 days after date of this notice — 05/01/2018

**New total payment:** Principal, interest, and escrow, if any — $568.63

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   | Current escrow payment: | $188.38 | New escrow payment: | $187.10 |
   |---|---|---|---|

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   | Current interest rate: | % | New interest rate: | % |
   |---|---|---|---|
   | Current principal and interest payment | $ | New principal and interest payment: | $ |

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:**

   | Current mortgage payment: | $ | New mortgage payment: | $ |
   |---|---|---|---|

| Debtor 1 | Ronald | | Ginet | Case Number *(if known)* | 17-12339-JDW |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐     I am the creditor.

☒     I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| ✗ /s/ Carlos Hernandez-Vivoni | | Date | 03/08/2018 |
| Signature | | | |
| Print: | Carlos Hernandez-Vivoni | Title | Authorized Agent for U.S. Bank National Association |
| | First Name    Middle Name    Last Name | | |
| Company | Bonial & Associates, P.C. | | |
| Address | 14841 Dallas Parkway, Suite 425 | | |
| | Number    Street | | |
| | Dallas, Texas  75254 | | |
| | City    State    Zip Code | | |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BonialPC.com |

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 8, 2018 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Ronald Ginet
6511 Ashland Drive
Olive Branch, MS 38654

**Co-Debtor** *Via U.S. Mail*
Bobbi Ginet
6511 Ashland Drive
Olive Branch, MS 38654

**Debtors' Attorney**
Karen B. Schneller
P.O. Box 417
Holly Springs, MS 38635

**Chapter 13 Trustee**
Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni

PmtChgCOS_0001                                                                                                            3211-N-8504